AO 442 (Rev. 11/11) Arrest Warrant                                                                                              8198683

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00217 |
| MICHAEL PLUMMER | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 8/18/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

U.S. MARSHAL-DC PM5:03
RECEIVED AUG 18 '23

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              MICHAEL PLUMMER                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

Date:    08/18/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.18 16:11:49 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/18/23, and the person was arrested on *(date)* 8/21/23
at *(city and state)* Washington, DC

Date: 8/21/23

Ryan [signature]
*Arresting officer's signature*

Ryan Owens  DUSM
*Printed name and title*