### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL PLUMMER,

Defendant.

Case No. 23-CR-299 (CJN)

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

## COUNT ONE

With respect to Count One, Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, how do you find Defendant MICHAEL PLUMMER?

_____✓_____
Not Guilty

_____
Guilty

SO SAY WE ALL, this __10th__ day of __April_____, 2025.

FOREPERSON